IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 22-40008-JPG |
| v. | ) |
| | ) Title 26, United States Code, Sections |
| JAMOND M. RUSH, | ) 5841, 5861(d), and 5871 |
| | ) |
| Defendant. | ) |

**FILED**
**AUG 1 6 2022**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT 1

#### RECEIPT OR POSSESSION OF UNREGISTERED FIREARM

On or about February 7, 2022, in Pulaski County, Illinois, within the Southern District of Illinois, the defendant

#### JAMOND M. RUSH

knowing received or possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(3), being an Anderson Manufacturing AR-15 rifle, bearing serial number 20318514, having a barrel of less than 16 inches, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

#### FIREARM FORFEITURE ALLEGATION

1. The allegations contained in Count 1 above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 26, United States Code, Section 5861(d), the defendant

#### JAMOND M. RUSH

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved or used in the knowing

1

commission of the offense, including, but not limited to:

an Anderson Manufacturing AR-15 rifle, bearing serial number 20318514;

all pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████

FOREPERSON

ALMA SUMMERS
Digitally signed by ALMA SUMMERS
Date: 2022.08.15 12:44:00 -05'00'

for

RACHELLE AUD CROWE
United States Attorney

CASEY E. A. BLOODWORTH
Assistant United States Attorney

Recommended Bond: Detention